UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRESHIA DANTE SUMMERS,<br><br>Petitioner,<br><br>v.<br><br>MALCOLM J. HOWARD, et al.,<br><br>Respondent. | No. 2:21-cv-0241 KJM AC P<br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve objections to the February 11, 2021 Findings and Recommendations. ECF No. 6. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 6, is GRANTED; and

2. Petitioner shall have thirty days from the service of this order to file and serve objections to the Findings and Recommendations.

DATED: March 11, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1