UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRESHIA DANTE SUMMERS,<br><br>Petitioner,<br><br>v.<br><br>MALCOLM J. HOWARD,<br><br>Respondent. | No. 2:21-cv-0241 KJM AC P<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed a motion to withdraw his § 2241 petition. ECF No. 7. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 11, 2021 Findings and Recommendations, ECF No. 4, are VACATED.

2. Petitioner's motion to withdraw, ECF No. 7, is GRANTED.

3. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: March 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE